DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNETTE LEROUX,** as trustee of William James Ross, IV Irrevocable
Trust and Edmund William Ross, II Irrevocable Trust,
Appellant,

v.

**WILLIAM JAMES ROSS, III,** and **CORINNE M. BREER,**
Appellees.

No. 4D18-1702

[January 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 31-2009-CA-012217.

John M. Stewart and Ryan D. O'Connor of Rossway Swan Tierney Barry Lacey & Oliver, P.L., Vero Beach, for appellant.

John J. Glenn and Kelli E. Lueckert of AndersonGlenn, LLP, Boca Raton, and Anders C. Wick of Husch Blackwell LLP, Chicago, Illinois, for appellee, Corinne M. Breer.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***